# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew Alexander Walukonis<br>Debtor(s) | BK NO. 25-00904 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Change Lending, LLC dba Change Home Mortgage and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
07 Apr 2025, 17:17:02, EDT

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        215-627-1322