United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00904-HWV |
| Matthew Alexander Walukonis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5701156 | Dept of ED/AID Advantage, McLean, VA 75403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mwalukonis@gmail.com | May 07 2025 18:52:00 | Matthew Alexander Walukonis, 956 W 6th Street, Erie, PA 16507-1047 |
| 5701155 | + Email/Text: LC-Bankruptcy-RF@loancare.net | May 07 2025 18:52:00 | LOANCARE, 3637 Sentara Way, Virginia Beach, PA 23452-4262 |
| 5706387 | EDI: Q3G.COM | May 07 2025 22:48:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Change Lending LLC dba Change Home Mortgage bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |

ecf_pahu_alt@trustee13.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Alexander Walukonis,           Chapter    13

    **Debtor 1**

                                                      Case No.    1:25−bk−00904−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 7, 2025

ordsmiss (05/18)